Circuit denied. *Messrs. Wells Goodykoontz* and *Adna R. Johnson, Jr.,* for petitioner. *Mr. Francis J. Wright* for respondent.

No. 125. TILLMAN & BENDEL, INC. *v.* CALIFORNIA PACKING CORP.; and

No. 201. CALIFORNIA PACKING CORP. *v.* TILLMAN & BENDEL, INC. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Herman Phleger, Maurice E. Harrison,* and *Wm. S. Graham* for Tillman & Bendel, Inc. *Messrs. Frank D. Madison* and *Eugene M. Prince* for California Packing Corp.

No. 127. LEVI *v.* MURRELL ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Milton K. Young, Lyndol L. Young,* and *William K. Young* for petitioner. *Messrs. Wesley L. Nutten, Jr.,* and *Arthur J. Edwards* for respondents.

No. 132. NATIONAL SURETY CO. *v.* GARRETSON ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Bernard J. Gallagher* and *Joseph H. Bilbrey* for petitioner. No appearance for respondents.

No. 233. FREDERICK T. FLEITMANN *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

Nos. 234 and 235. MARIE J. J. FLEITMANN ET AL. *v.* SAME. October 9, 1933. Petitions for writs of certiorari